UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 09-301-GW | Date | December 7, 2009 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Gary George | Jerry C. Yang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Calvin Charles Colbert, Jr. | ✔ | ✔ | | Sylvia Torres-Guillen, DFPD | ✔ | ✔ | |

**DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (filed 10/28/09);**

**Proceedings:** **PRETRIAL CONFERENCE**

Hearing is held. Court and counsel confer re Defendant's Motion to Suppress Evidence.

For reasons indicated on the record, the Defendant's request for a *Franks* Hearing is **granted.** The *Franks* Hearing is set for **December 10, 2009 at 2:00 p.m.**

The Defendant's Motion to Suppress Evidence and the Pretrial Conference, are **continued** to **December 10, 2009 at 2:00 p.m.**

IT IS SO ORDERED.

| | : | 30 |
|---|---|---|
| Initials of Deputy Clerk | JG | |

cc: