SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
SYLVIA TORRES-GUILLÉN (No. 164835)
Deputy Federal Public Defender
(E-mail: Sylvia_Torres-Guillen@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2644
Facsimile (213) 894-0081

Attorneys for Defendant
CALVIN CHARLES COLBERT, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN CHARLES COLBERT, JR.,<br><br>Defendant. | NO. CR 09-301-GW<br><br>VIDEO TRANSCRIPTS (DEFENSE EXHIBIT 100) IN SUPPORT OF MR. COLBERT'S *FRANKS* HEARING AND MOTION TO SUPPRESS EVIDENCE<br><br>Hearing Date: 12/10/09<br>Time: 2:00 p.m.<br>Place: Courtroom No. 10 |

Defendant, Calvin Charles Colbert, Jr., by and through his counsel, Deputy Federal Public Defender Sylvia Torres-Guillén, hereby files the attached video transcripts (Defense Exhibit 100) in support of his *Franks* hearing and Motion to Suppress Evidence.

//
//
//
//
//

1   The government and defendant Calvin Charles Colbert, Jr., stipulate to the
2   contents of the following transcripts for the purpose of the hearing on the Motion to
3   Suppress Evidence.

                                              Respectfully submitted,

                                              SEAN K. KENNEDY
                                              Federal Public Defender

DATED: December 9, 2009        By      /s/
                                              SYLVIA TORRES-GUILLÉN
                                              Deputy Federal Public Defender