# VIDEO TRANSCRIPT PART I

**United States v. Calvin Charles Colbert**
**CR No. 09-301-GW**

**Transcript of Undercover Video with Officer White and Officer Beall**
**March 11, 2009**

**Part I**
**Video Duration: 40:36**

Police Radio 1:    [unclear]...on the radio.  We got a black female with a purple running suit with a white stripe on the back.  [unclear]...pick me up and uh...[unclear]...  I got Tony coming over right now to act like he's getting off the bus.  We're gonna see if we can send her across the street to pick us something up.  So I'm going to be off the air but I will have my phone when she's close.

Police Radio 2:    And this is going to be like a controlled buy.  No one is going to be taken down.  We're gonna [write or right] paper after, correct?

Police Radio 1:    Yeah, affirmed.  Again, black female purple track suit with a big white stripe on it.  So you guys watch her once she makes contact and who's it with.  Alright, I'm off the air.

Police Radio 2:    [unclear]... does anybody have an eye on Jerry?

Police Radio 1:    Rich does.

Police Radio 2:    Beautiful, thank you.

Officer White:    Scottie, ready for me?

Police Radio UM:  Absolutely.

Officer White:    Alright, I'll be off the air on the Nextel.

Police Radio UM:  Black female, brown jacket going up to 220.  She knocks on

1

|  | the door, no one answers.  She's walking back towards the other one. Knocks on 218...[unclear] southbound, along the... |
|---|---|
| Officer White: | [10-I?] |
| Officer White: | I'm in F & G now.  F & 6th, westbound. |
| Officer White: | Alright, I'll be there in a sec. |
| Officer White: | Today's date is March 11, 10:10 hours.  Tony White.  I'm gonna do a controlled buy at the Econolodge.  6th & G. |
| Officer White: | Coming up on the apartments now. |
| Officer White: | Say again?  Alright. |
| Officer White: | Damn, cuz.  I was waiting for your ass over there, nigga.  Whassup? |
| Officer Beall: | How the fuck you doing, man? |
| Officer White: | Whassup? |
| Officer Beall: | [Unclear]... drive your ass over here.  What the fuck you walking for?  Took you for ever. |
| Officer White: | Hey, who got the fire, man? |
| Officer Beall: | Hey... |
| Officer White: | Whassup girl? |
| Officer Beall: | [Unclear]... right here is gonna hook you up. |
| Officer White: | Whassup, you got the fire? |
| UF1: | Yeah, my homeboy got it. |

2

Officer White:     Can I go whitcha'?

UF1:               [Unclear]...somebody over there...[unclear]?

Officer Beall:     [Unclear]...

Officer White:     Oh yeah, we gotta get going.

Officer Beall:     I'll get some of that [unclear] girl.

UF1:               Alright.

Officer White:     Where is it at?  I thought it was around here.  I thought it was around here.

UF1:               [Unclear]...hold on.  Huh?  What's your name?

Officer White:     "T".

UF1:               "T".

Officer White:     Hmm mm.

UF1:               My uncle's name is "T."

Officer White:     Is that right?

UF1:               Yeah.

Officer White:     What's your boy name?

UF1:               Huh?

Officer White:     What's you boy name, here?

UF1:               Ahhh...[unclear].  You saw him around the corner?

3

Officer White:     Nah, I ain't seen nobody yet.  Here you go.

UF1:     Pull up to this car [?]...

Officer White:     A dub.

UF1:     A dub?

Officer White:     Yeah.

UF1:     You gotta pipe [?]

Officer White:     Nah...[unclear]...

UF1:     I got one.

Officer White:     You got one?

UF1:     Yup...[unclear]...

*UF talking to someone else*:     [Unclear].  Huh?  That one...[Unclear].  [Long pause...]  He come right now.

Officer White:     Huh?

UF1:     [Unclear]... You taking the bus?

Officer White:     Yeah.

UF1:     [Unclear]...

Officer White:     Fifteen minutes?

UF1:     Oh, ten minutes?

Officer White:     Fifteen.

UF1:     Where you going?

Officer White:      Up north.

UF1:      Are you catching that bus?

Officer White:      Huh?  Nah, nah, I gotta catch this one.

*UF talking to UM1 on the stairwell*:   [Unclear]... right here.

UM1:      I don't know that dude.

UF1:      Hey, that was for me.  Hey...hey...hey... That's for me.

*UM2 at the corner*:      She be back [unclear]... money?

Officer White:      Yeah.

UM2:      She be right back.

Officer White:      She ain't gonna burn me is she?

UM2:      Nah... you could've went someplace else, though.

Officer White:      Yeah.

UM2:      You know what I'm saying.  You the one driving the car, right?

Officer White:      Nah, that's my homeboy in the car.

UM2:      You didn't see [unclear] in the back?

Officer White:      Huh?

UM2:      You didn't see [unclear] in the back?

Officer White:      Yeah, but old dude didn't want so serve me, though.

UM2:      Yeah.

Officer White:      I ain't trippin' - I just didn't trust homegirl.

UM2:                Us standing on this corner ain't cool, though.

Officer White:      It ain't cool?  I ain't from around here, man.  Poli?

UM2:                Yeah.

Officer White:      I ain't got nothing on me right now.

UM2:                Yeah.  At least you standing by the bus stop.

Officer White:      Yeah.  I just don't want homegirl to take off with my money.

UM2:                You gave it to her?

Officer White:      Yeah, nah, I gave it to her.

UM2:                Oh, the other girl [unclear]...

Officer White:      This, this chick right here.  She alright?

UM2:                Yeah, she alright.

Officer White:      She seem like, she kinda slow.

UM2:                I thought that was your young girl [?]

Officer White:      I could've went somewhere close - oh, there go the police right there.

UM2:                [Unclear]...

UF2:                [Unclear]...

Officer White:      Me.

UF2:                [Unclear]...

Officer White:    Yeah, she got my money.

UF2:    Go get your money from her.

Officer White:    Hey... Hey... Just give me my money, I'll go get it down there.

UF1:    But she's locked out.

UF2:    He gave it to me right here.

UF1:    Oh.

UF2:    Here. [Unclear] here.

UF1:    I'm sorry.

Officer White:    That's alright.

UF1:    Huh?

Officer White:    That's alright, homegirl.  Alright, homeboy.

UF1:    I'm so sorry.

Officer White:    Why was he tripping?

UF1:    Because he acting stupid.  He was like, "who was that?" [Unclear]... is for me.  I said, "It's for me."  And he was like, "oh."  And then he decided to give it to me.  Cuz he's stupid... That's fire, too.

Officer White:    Hmm?

UF1:    That's fire.

Officer White:    Is it?

UF1:    [Unclear]...You gonna go back for seconds, watch.

7

Officer White:     Is that right?

UF1:        I'm telling you, it's fire. [Unclear]... it's fire.

UF2:        You straight over here?


Officer White:     Yeah, I'm straight.  I appreciate it, lady.

UF2:        [Unclear]... couldn't resist.

Officer White:     Yeah, I know... I ain't trippin.

UF2:        You know him?

Officer White:     Nah, I don't know him.  That's why...

UF2:        He's my nephew.  [Unclear]...I look and I seen you up here. I
said [unclear]...go down there...

Officer White:     Yeah.

UF2:        [Unclear] crack... [unclear] smoke it all up...

Officer White:     I ain't trippin'.  Appreciate it though.

UF2:        You guys be careful.

UF1:        Thank you.

Officer White:     Alright.

UF1:        I'm so sorry about that.

Officer White:     That's alright.  That's alright.

UF1:        Please don't be mad at me.

8

Officer White:      Huh?

UF1:      Don't be mad at me.

Officer White:      I ain't mad at you.  Here, here, homey...

UF1:      Well, thank you.

Officer White:      Alright.

Officer Beall:      What the fuck took so long, man?

Officer White:      Man...

UF1:      Because they was trippin' on him.

Officer Beall:      Hey, my old lady is calling and freakin' out...

Officer White:      Hold up, hold up...

Officer Beall:      Here, here, just...

Officer White:      I gave her some money.

Officer Beall:      Alright, hey, I gotta go.  My old lady is calling...

UF1:      [Unclear]...

Officer White:      Huh...

Officer Beall:      He took care of you?

Officer White:      I gave you a dub - I mean, that's a dime.

UF1:      [Unclear]...

Officer White:      Go get you one.  Yeah, go get you one.  I just gave you a dime.

9

Officer Beall:      Fucking beautiful.

Officer White:      It was him. He gave it to the chick. And the chick gave it to me and she said that he gave it to her. I just hope I got it on video.

Officer Beall:      It... fuck...we got a [unclear] - it don't matter.

Officer White:      No, yeah, but all the conversation and shit.

Officer Beall:      [Unclear] would be nice. 11-3-52 be nice, too. But...

Officer White:      Yeah.

Officer Beall:       Are you off?

Officer White:      Yeah.

Officer Beall:      That chick is fucking 'tarded, ay?

Officer White:      Yeah, she was. I need to go down to my car, though.

Officer Beall:      Alright... Chewy [?] is gonna hold point. We're gonna head back to the barn. Where's your car at?

Officer White:      Right down there on 6th Street.

Officer White:      Yeah, she's fucking seriously retarded. She said, "Go go go go. He don't wanna serve." He came down and he looked. He said, "I don't know that dude." And she said, "Go away go away go away." Alright. I was trying to get the camera focused so I can see him. And I walked back. And uh, I waited on the corner. The dude on the corner told me, "Hey man, you can get it closer than that dude, right there. It's closer than that. You don't have to go all the way over there." So...ok. So he was helping me watch for the police - then the lady came down and she said, "Whatcha looking for, a dub?" I said yeah. I said yeah. She said, "I got it right here. He gave it to me." I

10

said, "Oh, okay." She said, "Go get your money from her. He gave it to me already." Then when I went to go get the money, he said that I gave it to her. He said it. I heard her. I heard him say it. "I gave it to her." So, and then she came, she handed it to me, and she said, "Oh, he cool, that's my nephew. He cool." I said, "Alright."

Officer Beall:    She said that about the guy in the room?

Officer White:    Yeah.

Officer Beall:    Where at?

Officer White:    Go up to 6th, turn right.

Officer Beall:    Alright, I'll have you help me spew some of that shit out to write my affidavit.

Officer White:    Ok.

Officer Beall:    I got everything up to that point pretty much already scratched down. Just right there clear me up. As far as I'm concerned, he fucking' threw at you from the fucking room upstairs.

Officer White:    We got his room pinned down and all that shit.

Officer Beall:    Yeah, we got two.

Officer White:    Alright. I'm a leave this here.

Officer Beall:    Alright.

Officer White:    Alright, I'm back up. I'm gonna be heading to the barn with Jerry.

Ofc. Landeros:    [Unclear]...

Officer White:    She was seriously [tired or 'tarded]. I think I coulda' did that

wearing a uniform.

| | |
|---|---|
| Ofc Landeros: | You know what's funny, Behemoth lost her rock - she can't find.  She's looking for it on the northside on the ground. |
| Officer White: | Was she... she went and bought her a dime? |
| Ofc Landeros: | Yeah, he threw it at her and she can't find it.  She's all looking for it. |
| Ofc Landeros: | She's gonna start licking that sidewalk if she doesn't find it soon. |
| Ofc Landeros: | [Unclear]... back at 220 now. |
| Officer White: | Same guy with the white jacket and short Afro? |
| Ofc Landeros: | Yup...[unclear]... |
| Ofc Landeros: | I bet you you're wrong. I bet you the dope's in 220, the money is in his pocket and he's staying in the other one. |
| Ofc Landeros: | [Unclear]... the door is wide open.  They're all wide open.  I'm wondering if someone is inside there? |
| Ofc Landeros: | Alright.  He's moving out of the primary room.  He's got his clothes in a bag - going over to the other room, 220. |
| Officer Beall: | [Unclear]... Chewy? |
| Ofc Landeros: | Yeah, he just took about 4 bags out of the primary room and put'em inside the other room. |
| Officer White: | You hear that Jerry? |
| Officer Beall: | [Unclear]... what was that?  What was that [unclear]? |
| Ofc Landeros: | He said your primary is moving clothing and bags from 217 |

12

into 220.

| | |
|---|---|
| Officer Beall: | Ok, just keep an eye on him, Chewy.  Make sure he goes no further than that. |
| Officer White: | Where is the dope? |
| Officer White: | I made contact with a Black female at the bus stop.  Negotiated the purchase of 20 dollars of cocaine.  She said she would go and get it at the Economy Inn on 6th & "G" George.  I asked if I could go with her and she said yeah.  We walked around to the north side of the fence.  She walked into the vacant lot just east of and made contact with a black male wearing a white jacket.  Medium  dark complexion.  Appeared to be about 5'8, maybe 160, 165.  Short Afro.  He came after she told him that she needed a dub.  She came at the edge of the stairwell, looked at me and said I don't know him.  She then told me to walk down the street.  I then walked west, stayed at intersection of 6th and "G" George and she continued to, what appeared to be, negotiate the transaction with the subject  who was standing on the stairway.  Moments later a second black male, excuse me, second black female, older, appeared from the westside of the motel and approached me.  She contacted me and said who wanted the dub. I told her it was me.  She then said that she had it - that "he gave it to her."  She told me to go get my money from the first female.  I then walked midway between the intersection and the vacant lot where the female was and told her that the other female had gotten the dope and that I needed the 20 dollars back.  She gave me the 20 dollars, I gave it to the second black female, who handed me two pre-packaged baggies of suspected cocaine base.  She said that he was cool.  That he just didn't know me and that he was her nephew. She also stated that he had sent her down with the dope.  After the transaction was complete, the second black female walked away westbound on 6th Street and the first black female accompanied me across the street to the Greyhound where we met with Officer Beall.  The first black female asked me if I was going to give her one of the rocks of cocaine and I gave |

her a ten dollar bill instead. She then immediately walked back to the area of the vacant lot just east of the motel and conducted what appeared to be a second transaction with the black male subject.

**Officer White plays above-recording**

| | |
|---|---|
| Officer Beall: | You gave her 20 bucks at that point? |
| Officer White: | Uh, yeah. Which point? |
| Officer Beall: | [Unclear]... started walking off with [unclear]. |
| Officer Beall: | [Talking on his recording machine]... |
| UNK Officer: | Good job you two [unclear]... |
| Officer White: | It worked out alright. Let's see, let's see. |
| UNK Officer: | I wondered what happened when your buddy...? What happened when the first time he walked away? He came down... |
| Officer White: | He came down... |
| UNK Officer: | Was he bitter? |
| Officer White: | Yeah, he was bitter. He came down, he looked at me, he stared at me for a little while and said, "I don't know him. I don't know him." So I walked away. |
| Officer Beall: | Ok, we're at the point where you gave her 20 bucks and she walks you over to the fence, below Room 217. And she yells out to the guy in the room. |

**Officer White, UNK Officer and Female Typist begin listening to White's

14

previous recording**

Officer Beall:      Can you fill her in on that part from there?

Officer White:      Hmm mm.

Officer Beall:      [Unclear]... little part there in the end. I'll start up the search warrants.

Officer White:      Where are you at now?

Female Typist:      [Unclear]...

Officer White:      That's where I'm at, right there. You know how to work this thing? No?

Female Typist:      What is it?

Officer White:      This is where, this is where you are at, right here.

Female Typist:      [Unclear]... you want me to take that out, or...?

Officer White:      Ummm, [unclear] that's cool. To the room... to a Black male wearing a white jacket...

Female Typist:      Is that the [unclear]...?

Officer White:      Hmm mm. She, she told, oh, she told him that she needed a dub. He then... [Listening to recording]...

Female Typist:      [Unclear]...?

Officer White:      Holy cow, you type fast. And then, the female told me to walk down the street. I walked to the southwest corner of 6th and "G". [Listening to recording]... uh, older female.

End - Duration: 40:36 minutes

15

# VIDEO TRANSCRIPT PART II

**United States v. Calvin Charles Colbert**
**CR No. 09-301-GW**

**Transcript of Undercover Video with Officer White and Officer Beall**
**March 11, 2009**

**Part II**
**Video Duration:  5:23**

***Officer White and Female Typist listen to recording:*** *She then said that she had it - that "he gave it to her."  She told me to go get my money from the first female.  I then walked midway between the intersection and the vacant lot where the female was...*

| | |
|---|---|
| Officer White: | You know what, I didn't put the [unclear]... |
| Female Typist: | The first female or...? |
| Officer White: | Yeah.  From the place where we first did it, so, wherever you did - however you described it the first time.  Where we ended up. |
| Female Typist: | [Unclear]... on my desk.  Uhmm, huh? |
| Officer White: | Wherever you described - how did you describe where I was the first time?  Midway between the intersection and under the stairwell.  Or something like that. |
| Female Typist: | Where do you want that?  "Walk midway between the intersection..." |
| Officer White: | Or you could just say walk back to... original location. |
| [Recording]: | *and told her that the other female had gotten the dope and that I needed the 20 dollars back.  She gave me the 20 dollars.  I gave it to the second black female, who handed me two pre-packaged baggies of suspected cocaine base.  She said that he was cool.* |
| Female Typist: | You or the...? |
| Officer White: | The... |
| Female Typist: | The first, ok. |
| Officer White: | He was cool but he just didn't know you. |
| [Recording]: | *and that he was her nephew.  She also stated that he had sent her down* |

|  | *with the dope.* |
|---|---|
| Officer White: | Sent her down with the dope [unclear]... |
| Female Typist: | How about [unclear]...? |
| Officer White: | Ok. |
| [Recording]: | *After the transaction was complete, the second black female walked away westbound on 6th Street and the first black female accompanied me across the street to the Greyhound where we met with Officer Beall. The first black female asked me if I was going to give her one of the rock of cocaine and I gave her a ten dollar bill instead. She then immediately walked back to the area of the vacant lot just east of the motel and conducted what appeared to be a second transaction with the black male subject.* |
| Officer White: | That's all I got. |
| Female Typist: | Ok. |
| Officer White: | Thank you, ma'am. Ok, I'm done with my piece, Jerry. |
| UNK Officer [Jerry?]: | [Unclear]...that should, uh... |
| Officer White: | [Unclear]... two out there... probably go... |
| UNK Officer [Jerry?]: | Good job, though. |
| Officer White: | Thank you, sir. |
| UNK Officer: | Who is this McNally? |
| Female Typist: | That's the D.A. that's got the Delgado case. And, he never calls back, so what I do is just say, this is what we're going to do. If you have any concerns or problems, call me. |
| Officer White: | If we find stupid out there... |
| Female Typist: | And I left a message for [unclear]... |
| Officer White: | ...unless we wanna use stupid for... |
| UNK Officer: | [Unclear]...in this case... I gotcha. |

End - Duration: 05:23 minutes

# VIDEO TRANSCRIPT PART III

<u>United States v. Calvin Charles Colbert</u>
CR No. 09-301-GW

**Transcript of Undercover Video with Officer White and Officer Beall**
**March 11, 2009**

**Part III**
**Video Duration:  1:30**

UM1:                    We got [unclear] for his report he can say recommend filing of... on this bitch.

Officer White:          Because, I mean, we can use her again.  She's stupid enough that she...

UM1:                    Yeah, instead of burdening her, she can get you another rock later today.  We can do it again.

UF [Typist?]:           'Cuz she'll forget who you are by the afternoon.

UM1:                    No, she'll remember [unclear]...

Officer White:          I gave her money.  I was giving her, yeah, I was giving her $10 dollars and she wasn't even looking at the $10 dollars.  She said, "Just give me a piece of rock."  That's all she wanted.  She just zero'd in on the rock.  Like, "Here, I got some money for you.  Money, money, money, money, money."

UM1:                    Get your own rock.

Officer White:          You can go buy your rock.

UM1:                    This shit's mine.

Officer White:          Yeah.  "You gonna give me a piece - just a little piece?"

UM1:                    You're not suiting up, right?

Officer White:          No.

UM:                     Ok.

UM2:                    Was she the one that Chewy said, when we were leaving, she was scrambling around trying to [unclear]....?

Officer White:          Yeah, she went and bought her a rock.

| | |
|---|---|
| UM1: | He threw her... or she the threw him the crumbled up ten and then he fuckin' tossed out her rock to her and... |
| Officer White: | You know what... |
| UM1: | [Unclear]...whoo hoo! |
| Officer White: | That ten is probably going to be... |
| UM2: | That ten is photocopied, too, right. |
| Officer White: | Yeah, I think so |
| UM1: | She went straight to the ground [unclear]... |
| UM2: | I told Chewy she's gonna crack her head [unclear]... |
| Officer White: | She's gonna - yeah... She's gonna be in there... She's gonna be still there looking for her rock. |
| UM1: | She's sniffing it out like a bloodhound. |
| Officer White: | I doubt very seriously if I got him on video 'cuz he was up on the stairs. And I was trying to lean back. |
| UM2: | Oh, you were wired? |
| Officer White: | Yeah. So, we'll see. |
| UM2: | Jerry, may I help you with anything? |
| UM1: | Ah, I don't think so, brother. I got the, uh... |

End - Duration: 01:30 minutes