SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
SYLVIA TORRES-GUILLÉN (No. 164835)
Deputy Federal Public Defender
(E-mail: Sylvia_Torres-Guillen@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-2644
Facsimile (213) 894-0081

Attorneys for Defendant
CALVIN CHARLES COLBERT, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CALVIN CHARLES COLBERT, JR., <br><br> Defendant. | NO. CR 09-301-GW <br><br> VIDEO SURVEILLANCE TRANSCRIPTS (DEFENSE EXHIBIT 122) AND TRANSCRIPTS OF THE CHANNEL 7 RECORDING (DEFENSE EXHIBIT 123) IN SUPPORT OF MR. COLBERT'S *FRANKS* HEARING AND MOTION TO SUPPRESS EVIDENCE <br><br> Hearing Date: 12/15/09 <br> Time: 10:30 a.m. <br> Place: Courtroom No. 10 |

Defendant, Calvin Charles Colbert, Jr., by and through Deputy Federal Public Defender Sylvia Torres-Guillén, hereby files the attached transcripts of the video surveillance (Defense Exhibit 122) and transcripts of the Channel 7 recording (Defense Exhibit 123) in support of his *Franks* hearing and Motion to Suppress Evidence.

P:\Torres\COLBERT, CALVIN\TO BE FILED\VIDEO & CHANNEL 7 RECORDING TRXS.wpd

1 | The government agrees with the accuracy of these transcripts.

                                                   Respectfully submitted,

                                                   SEAN K. KENNEDY
                                                 Federal Public Defender

DATED: December 15, 2009        By           /S/
                                                 SYLVIA TORRES-GUILLÉN
                                                 Deputy Federal Public Defender