# TRANSCRIPTS OF VIDEO SURVEILANCE

<u>United States v. Calvin Charles Colbert</u>
CR No. 09-301-GW

**Transcript of Undercover Video with Officer White and Officer Beall**
**March 11, 2009**

**Part I**
**Video Duration:  40:36**

- Officer Gerald Beall
- Officer Scott Everett
- Officer "Chuy" Landeros
- Janine Newbry
- Detective Roebuck
- Officer Anthony White
- UF1 - Kimberly Miles
- UF2 - Rose Mary Wilkerson
- UM1 - Unknown
- UM2 - Unknown

Beall:       [unclear]...on the radio.  We got a black female with a purple running
             suit with a white stripe on the back.  [unclear]...pick me up and
             uh...[unclear]...  I got Tony coming over right now to act like he's
             getting off the bus.  We're gonna see if we can send her across the
             street to pick us something up.  So I'm going to be off the air but I
             will have my phone when she's close.

Roebuck:     And this is going to be like a controlled buy.  No one is going to be
             taken down.  We're gonna [write or right] paper after, correct?

Beall:       Yeah, affirmed.  Again, black female purple track suit with a big
             white stripe on it.  So you guys watch her once she makes contact and
             who's it with.  Alright, I'm off the air.

Roebuck:     Hey just for giggles, does anybody have an eye on Jerry?

Everett:     Rich does.

Roebuck:     Beautiful, thank you.

White:       Scottie, ready for me?

Roebuck:     Absolutely.

White:       Alright, I'll be off the air on the Nextel.

Landeros:    Black female, brown jacket going up to 220.  She knocks on the door, no one answers.  She's walking back towards the other one.  Knocks on 218...[unclear] southbound, along the east side.

White:       10-9.

White:       I'm in F & G now.  F & 6th, westbound.

White:       Alright, I'll be there in a sec.

White:       Today's date is March 11, 10:10 hours.  Tony White.  I'm gonna do a controlled buy at the Econolodge.  6th & G.

White:       Coming up on the apartments now.

White:       Say again?  Alright.

White:       Damn, cuz.  I was waiting for your ass over there, nigga.  Whassup?

Beall:       How the fuck you doing, man?

White:       Whassup?

Beall:       [Unclear]... drive your ass over here.  What the fuck you walking for?  Took you for ever.

White:       Hey, who got the fire, man?

Beall:       Hey...

White:        Whassup girl?

Beall:        This girl right here is gonna hook you up.

White:        Whassup, you got the fire?

UF1:          Yeah, my homeboy got it.

White:        Can I go whitcha'?

UF1:          [Unclear]...somebody over there...[unclear]?

Beall:        Hurry up we got a bus...  [Unclear]

White:        Oh yeah, we gotta get going.

Beall:        I'll get some of that [unclear] girl.

UF1:          Alright.

White:        Where is it at?  I thought it was around here.  I thought it was around
              here.

UF1:          [Unclear]...hold on.  Huh?  What's your name?

White:        "T".

UF1:          "T".

White:        Hmm mm.

UF1:          My uncle's name is "T."

White:        Is that right?

UF1:          Yeah.

White:        What's your boy name?

UF1:          Huh?

White:        What's you boy name, here?

UF1:          Ahhh...[unclear].  You saw him around the corner?

White:        Nah, I ain't seen nobody yet.  Here you go.

UF1:          Pull up to this car [?]...

White:        A dub.

UF1:          A dub?

White:        Yeah.

UF1:          You gotta pipe [?]

White:        Nah...[unclear]...

UF1:          I got one.

White:        You got one?

UF1:          Yup...[unclear]...

*UF talking to someone else*:     [Unclear].  Huh?  That one...[Unclear].  [Long
                                  pause...]  He come right now...  You can wait right
                                  here.

White:        Huh?

UF1:          [Unclear]... You taking the bus?

White:        Yeah.

UF1:          [Unclear]...

White:          Fifteen minutes?

UF1:            Oh, ten minutes?

White:          Fifteen.

UF1:            Where you going?

White:          Up north.

UF1:            Can't you catch that bus?

White:          Huh?  Nah, nah, I gotta catch this one.

*UF talking to UM1 on the stairwell*:   [Unclear]... right here.

UM1:            I don't know that dude.

UF1:            Hey, that was for me.  Hey...hey...hey... That's for me.

*UM2 at the corner*:          She be back - she got your money?

White:          Yeah.

UM2:            She be right back.

White:          She ain't gonna burn me is she?

UM2:            Nah... you could've went someplace else, though.

White:          Yeah.

UM2:            You know what I'm saying.  You the one driving the car, right?

White:          Nah, that's my homeboy in the car.

UM2:            You didn't see her in the back?

White:          Huh?

UM2:          You didn't see her in the back?

White:        Yeah, but old dude didn't want so serve me, though.

UM2:          Yeah.

White:        I ain't trippin' - I just didn't trust homegirl.

UM2:          Us standing on this corner ain't cool, though.

White:        It ain't cool?  I ain't from around here, man.  Poli?

UM2:          Yeah.

White:        I ain't got nothing on me right now.

UM2:          Yeah.  At least you standing by the bus stop.

White:        Yeah.  I just don't want homegirl to take off with my money.

UM2:          You gave it to her?

White:        Yeah, nah, I gave it to her.

UM2:          Oh, the other girl [unclear]...

White:        This, this chick right here.  She alright?

UM2:          Yeah, she alright.

White:        She seem like, she kinda slow.

UM2:          I thought that was your young girl [?]

White:        I could've went somewhere close - oh, there go the police right there.

UM2:          [Unclear]...

UF2:          Who was it?

White:      Me.

UF2:        [Unclear]...

White:      Yeah, she got my money.

UF2:        Go get your money from her.

White:      Hey... Hey... Just give me my money, I'll go get it down there.

UF1:        But she's locked out.

UF2:        He gave it to me right here.

UF1:        Oh.

UF2:        Here. [Unclear] here.

UF1:        I'm sorry.

White:      That's alright.

UF1:        Huh?

White:      That's alright, homegirl.  Alright, homeboy.

UF1:        I'm so sorry.

White:      Why was he tripping?

UF1:        Because he acting stupid.  He was like, "who was that?"  [Unclear]...
            is for me.  I said, "It's for me."  And he was like, "oh."  And then he
            decided to give it to me.  Cuz he's stupid... That's fire, too.

White:      Hmm?

UF1:        That's fire.

White:      Is it?

UF1:        [Unclear]...You gonna go back for seconds, watch.

White:      Is that right?

UF1:        I'm telling you, it's fire. [Unclear]... it's fire.

UF2:        You straight over here?

White:      Yeah, I'm straight.  I appreciate it, lady.

UF2:        [Unclear]... couldn't resist.

White:      Yeah, I know... I ain't trippin.

UF2:        You know him?

White:      Nah, I don't know him.  That's why...

UF2:        He's my nephew.  [Unclear]...I look and I seen you up here. I said
            [unclear]...go down there...

White:      Yeah.

UF2:        [Unclear] crack... [unclear] smoke it all up...

White:      I ain't trippin'.  Appreciate it though.

UF2:        You guys be careful.

UF1:        Thank you.

White:      Alright.

UF1:        I'm so sorry about that.

White:      That's alright.  That's alright.

UF1:        Please don't be mad at me.

White:      Huh?

UF1:        Don't be mad at me.

White:      I ain't mad at you.  Here, here, homey...

UF1:        Well, thank you.

White:      Alright.

Beall:      What the fuck took so long, man?

White:      Man...

UF1:        Because they was trippin' on him.

Beall:      Hey, my old lady is calling and freakin' out...

White:      Hold up, hold up...

Beall:      Here, here, just...

White:      I gave her some money.

Beall:      Alright, hey, I gotta go.  My old lady is calling...

UF1:        [Unclear]...

White:      Huh...

Beall:      He took care of you?

White:      I gave you a dub - I mean, that's a dime.

UF1:        [Unclear]...

White:      Go get you one.  Yeah, go get you one.  I just gave you a dime.

Beall:      Fucking beautiful.

White:      It was him.  He gave it to the chick.  And the chick gave it to me and she said that he gave it to her. I just hope I got it on video.

Beall:      It... fuck...we got a no dope - it don't matter.

White:      No, yeah, but all the conversation and shit.

Beall:      [Unclear] would be nice.  11-3-52 be nice, too. But...

White:      Yeah.

Beall:       Are you off?

White:      Yeah.

Beall:      That chick is fucking 'tarded, ay?

White:      Yeah, she was.  I need to go down to my car, though.

Beall:      Alright...  Chewy [?] is gonna hold point.  We're gonna head back to the barn.  Where's your car at?

[Landeros/Roebuck in background on radio.]

White:      Right down there on 6th Street.

White:      Yeah, she's fucking seriously retarded.  She said, "Go go go go. He don't wanna serve." He came down and he looked.  He said, "I don't know that dude." And she said, "Go away go away go away." Alright. I was trying to get the camera focused so I can see him. And I walked back.  And uh, I waited on the corner. The dude on the corner told me, "Hey man, you can get it closer than that dude, right there. It's closer than that. You don't have to go all the way over there." So...ok. So he was helping me watch for the police - then the lady came down and she said, "Whatcha looking for, a dub?" I said yeah. I said yeah. She said, "I got it right here. He gave it to me." I said, "Oh, okay." She said, "Go get your money from her. He gave it to me already." Then when I went to go get the money, he said that I gave it to her. He said it. I heard her. I heard him say it. "I gave it to her." So, and then she came, she handed it to me, and she said, "Oh, he cool, that's my nephew. He cool." I said, "Alright."

[Roebuck in background on radio... telling Landeros to maintain point on the suspect/rooms in case he moves.]

Beall:      She said that about the guy in the room?

White:      Yeah.

Beall:      Where at?

White:      Go up to 6th, turn right.

Beall:      Alright, I'll have you help me spew some of that shit out to write my affidavit.

White:      Ok.

Beall:      I got everything up to that point pretty much already scratched down. Just right there clear me up.  As far as I'm concerned, he fucking' threw at you from the fucking room upstairs.

White:      We got his room pinned down and all that shit.

Beall:      Yeah, we got two.

White:      Alright.  I'm a leave this here.

Beall:      Alright.

White:      Alright, I'm back up.  I'm gonna be heading to the barn with Jerry.

Roebuck:    Good job dub.

White:      She was seriously 'tarded.  I think I coulda' did that wearing a uniform.

Landeros:   You know what's funny, Behemoth lost her rock - she can't find. She's looking for it on the northside on the ground.

White:      Was she... she went and bought her a dime?

Landeros:   Yeah, he threw it at her and she can't find it.  She's all looking for it.

Everett:    She's gonna start licking that sidewalk if she doesn't find it soon.

Landeros:    [Unclear]... boy back at 220 now.

White:      Same guy with the white jacket and short Afro?

Landeros:   Yup... I bet you the dope's in 220 and the money is in the other one.

Roebuck:    I bet you you're wrong. I bet you the dope's in 220, the money is in his pocket and he's staying in the other one.

[Landers/Everett talking in the background on radio.]

Landeros:   [Unclear]... the door is wide open.  They're all wide open.  I'm wondering if someone is inside there?

Landeros:   Alright.  He's moving out of the primary room.  He's got his clothes in a bag - going over to the other room, 220.

Roebuck:    He's moving to 220 Chewy?"

Landeros:   Yeah, he just took about 4 bags out of the primary room and put'em inside the other room.

White:      You hear that Jerry?

Beall:      No... what was that?  What was that [unclear]?  Last traffic?

Roebuck:    He said your primary is moving clothing and bags from 217 into 220.

Beall:      Ok, just keep an eye on him, Chewy.  Make sure he goes no further than that.

.
..

White:          Where is the dope?

White:          I made contact with a Black female at the bus stop.  Negotiated the purchase of 20 dollars of cocaine.  She said she would go and get it at the Economy Inn on 6th & "G" George.  I asked if I could go with her and she said yeah.  We walked around to the north side of the fence. She walked into the vacant lot just east of and made contact with a black male wearing a white jacket.  Medium  dark complexion. Appeared to be about 5'8, maybe 160, 165.  Short Afro.  He came after she told him that she needed a dub.  She came at the edge of the stairwell, looked at me and said I don't know him.  She then told me to walk down the street.  I then walked west, stayed at intersection of 6th and "G" George and she continued to, what appeared to be, negotiate the transaction with the subject  who was standing on the stairway.  Moments later a second black male, excuse me, second black female, older, appeared from the westside of the motel and approached me.  She contacted me and said who wanted the dub. I told her it was me.  She then said that she had it - that "he gave it to her."  She told me to go get my money from the first female.  I then walked midway between the intersection and the vacant lot where the female was and told her that the other female had gotten the dope and that I needed the 20 dollars back.  She gave me the 20 dollars, I gave it to the second black female, who handed me two pre-packaged baggies of suspected cocaine base.  She said that he was cool.  That he just didn't know me and that he was her nephew.  She also stated that he had sent her down with the dope.  After the transaction was complete, the second black female walked away westbound on 6th Street and the first black female accompanied me across the street to the Greyhound where we met with Officer Beall.  The first black female asked me if I was going to give her one of the rocks of cocaine and I gave her a ten dollar bill instead.  She then immediately walked back to the area of the vacant lot just east of the motel and conducted what appeared to be a second transaction with the black male subject.

                    **Officer White plays above-recording**

Beall:      You gave her 20 bucks at that point?

White:      Uh, yeah.  Which point?

Beall:      [Unclear]... started walking off with [unclear].  Ok yeah Officer
            White arrived... $20 bill and requested to purchase an amount of
            cocaine base.  This black female took Officer White to the fence
            along 6th Street.

Beall:      [Talking on his recording machine]...

UNK Officer:      Good job you two [unclear]...

White:      It worked out alright.  Let's see, let's see.

Roebuck:    I wondered what happened when your buddy...?  What happened
            when the first time he walked away?  He came down...

White:      He came down...

Roebuck:    Was he bitter?

White:      Yeah, he was bitter.  He came down, he looked at me, he stared at me
            for a little while and said, "I don't know him.  I don't know him."  So
            I walked away.

Beall:      Hey Tony I need your help...

White:      [Government's interpretation] - "Where you at?"
            [Defendant's interpretation] - "What's up?"

Beall:      Ok, we're at the point where you gave her 20 bucks and she walks
            you over to the fence, below Room 217.  And she yells out to the guy
            in the room.

**Officer White, UNK Officer and Female Typist begin listening to White's
previous recording**

Beall:          Can you fill her in on that part from there?

White:          Hmm mm.

Beall:          [Unclear]... little part there in the end.  I'll start up the search
                warrants.

White:          Where are you at now?

Female Typist:      [Unclear]...

White:          That's where I'm at, right there.  You know how to work this thing?
                No?

Newbry:         What is it?

White:          This is where, this is where you are at, right here.

Newbry:         [Unclear]... you want me to take that out, or...?

White:          Ummm, [unclear] that's cool.  To the room... to a Black male wearing
                a white jacket...

Newbry:         Is that the [unclear]...?  Puma thing.

White:          Hmm mm.  She, she told, oh, she told him that she needed a dub.  He
                then...  [Listening to recording]...

Newbry:         [Unclear]...?

White:          Holy cow, you type fast.  And then, the female told me to walk down
                the street.  I walked to the southwest corner of 6th and "G".
                [Listening to recording]... uh, older female.

End - Duration:  40:36 minutes

<u>**United States v. Calvin Charles Colbert**</u>
**CR No. 09-301-GW**

**Transcript of Undercover Video with Officer White and Officer Beall**
**March 11, 2009**

**Part II**
**Video Duration:  5:23**

- Officer Gerald Beall
- SA Angie Kaighin
- Janine Newbry
- Officer Anthony White

***Officer White and Janine Newbry (Female Typist) listen to recording:** She then said that she had it - that "he gave it to her."  She told me to go get my money from the first female.  I then walked midway between the intersection and the vacant lot where the female was...*

| | |
|---|---|
| White: | You know what, I didn't put the [unclear]... |
| Newbry: | The first female or...? |
| White: | Yeah.  From the place where we first did it, so, wherever you did - however you described it the first time.  Where we ended up. |
| Newbry: | [Unclear]... on my desk.  Uhmm, huh? |
| White: | Wherever you described - how did you describe where I was the first time? Midway between the intersection and under the stairwell.  Or something like that. |
| Newbry: | Where do you want that?  "Walk midway between the intersection..." |
| White: | Or you could just say walk back to... original location. |
| [Recording]: | *and told her that the other female had gotten the dope and that I needed the 20 dollars back.  She gave me the 20 dollars.  I gave it to the second black female, who handed me two pre-packaged baggies of suspected cocaine base.  She said that he was cool.* |
| Newbry: | You or the...? |

White:          The...

Newbry:         The first, ok.

White:          He was cool but he just didn't know you.

*[Recording]:*          *and that he was her nephew. She also stated that he had sent her down*
                 *with the dope.*

White:          Sent her down with the dope [unclear]...

Newbry:         How about [unclear]...?

White:          Ok.

*[Recording]:*          *After the transaction was complete, the second black female walked away*
                 *westbound on 6th Street and the first black female accompanied me across*
                 *the street to the Greyhound where we met with Officer Beall. The first*
                 *black female asked me if I was going to give her one of the rock of cocaine*
                 *and I gave her a ten dollar bill instead. She then immediately walked back*
                 *to the area of the vacant lot just east of the motel and conducted what*
                 *appeared to be a second transaction with the black male subject.*

White:          That's all I got.

Newbry:         Ok.

White:          Thank you, ma'am.  Ok, I'm done with my piece, Jerry.

Beall:          [Unclear]...that should, uh...

White:          [Unclear]... two out there... probably go...

Beall:          Good job, though.

White:          Thank you, sir.

Beall:          Who is this McNally?

Kaighin:        That's the D.A. that's got the Delgado case [talking to Kaighin about unrelated
                 case]. And, he never calls back, so what I do is just say, this is what we're going
                 to do. If you have any concerns or problems, call me.

Page 2 of 3

White:        If we find stupid out there...

Kaighin:      And I left a message for [unclear]...

White:        ...unless we wanna use stupid for...

Beall:        [Unclear]...in this case...  I gotcha.


End - Duration:  05:23 minutes

**United States v. Calvin Charles Colbert**
**CR No. 09-301-GW**

**Transcript of Undercover Video with Officer White and Officer Beall**
**March 11, 2009**

**Part III**
**Video Duration: 1:30**

- Officer Gerald Beall
- Officer Scott Everett
- SA Angie Kaighin
- Officer Anthony White

Beall:      We got [unclear] for his report he can say recommend filing of... on this bitch.

White:      Because, I mean, we can use her again. She's stupid enough that she...

Beall:      Yeah, instead of burning her, she can get you another rock later today. We can do it again.

Kaighin:    'Cuz she'll forget who you are by the afternoon.

Beall(?):   No, she'll remember [unclear]...

White:      I gave her money. I was giving her, yeah, I was giving her $10 dollars and she wasn't even looking at the $10 dollars. She said, "Just give me a piece of rock." That's all she wanted. She just zero'd in on the rock. Like, "Here, I got some money for you. Money, money, money, money, money."

Beall:           Get your own rock.

White:      You can go buy your rock.

Unk:        This shit's mine.

White:      Yeah. "You gonna give me a piece - just a little piece?"

Beall:      You're not suiting up, right?

White:      No.

Beall:      Ok.

| | |
|---|---|
| Beall: | Was she the one that Chewy said, when we were leaving, she was scrambling around trying to [unclear]....? |
| White: | Yeah, she went and bought her a rock. |
| Beall: | He threw her... or she the threw him the crumbled up ten and then he fuckin' tossed out her rock to her and... |
| White: | You know what... |
| Beall: | [Unclear]...whoo hoo! |
| White: | That ten is probably going to be... |
| Beall: | That ten is photocopied, too, right. |
| White: | Yeah, I think so |
| Beall: | She went straight to the ground [unclear]... |
| Everett: | I told Chewy she's gonna crack her head [unclear]... |
| White: | She's gonna - yeah... She's gonna be in there... She's gonna be still there looking for her rock. |
| Everett: | She's sniffing it out like a bloodhound. |
| White: | I doubt very seriously if I got him on video 'cuz he was up on the stairs. And I was trying to lean back. |
| Everett: | Oh, you were wired? |
| White: | Yeah. So, we'll see. |
| Everett: | Jerry, may I help you with anything? |
| Beall: | Ah, I don't think so, brother. I got the, uh... |

End - Duration:  1:30 minutes