# TRANSCRIPTS OF CHANNEL 7 RECORDING

<u>United States v. Calvin Charles Colbert</u>
CR No. 09-301-GW

**Channel 7 Recordings: March 11, 2009**
**CD No. 1**

- Officer Gerald Beall
- Officer Scott Everett
- Officer "Chuy" Landeros
- Officer Roebuck
- Officer Taack
- Officer Anthony White
- UM1 - Unknown Male

## TRACK 1
## Duration: 36:52

| | |
|---|---|
| Roebuck: | On 7, Jerry. Am I heading to about the same location? |
| Beall: | Yeah, I'll get on the phone and brief you real quick. |
| UM1: | [@ 8:33] What's that all about? |
| Beall: | [unintelligible] Homie's trying... [unintelligible]... |
| White: | You got another one up here, too. Looks like Landeros... |
| Roebuck: | [@ 9:41] Well, now we know who's making stops in uh, plain cars. (Talking about unrelated T-stop in unmarked car). |
| Beall: | Who is that? |
| Roebuck: | I don't know but it says Polices in their jacket. |
| Everett: | The badge was a shield. So, who's that Colton or Ontario? Redlands? |
| Everett: | [@ 10:49] If anyone snag an extra HT. I'm missing mine. |
| Landeros: | Alright, Jerry, I'm set up on uh [unintelligible]... |
| Beall: | Alright [unintelligible]. Keep an eye on 217. Same on as yesterday. As well as, look at no. 220. Three down from it. |
| White: | What's the circs, Jerry? |

| | |
|---|---|
| Beall: | Our boy is supposed to possibly be getting a delivery this morning from the white Escalade. So, we want to see if he pops out of that room and walks off to meet somewhere or keep an eye on the front to see if the Escalade just shows up there. And if so, what room she goes to. And then, we're gonna follow that Escalade off to see if it goes [unintelligible] her spot. |
| White: | And Ricky has the point? |
| Beall: | Yeah, Ricky has the back side looking at the room. I'll have point over at the Greyhound. The guy we're looking is for is about 5'10", average build. Pretty clean cut and he, word is, he always wears a white jacket - a sweatshirt type, with like some gold pinstriping or lettering - or something on it. |
| White: | [@ 16:08] Tony, will be to the east. |
| Roebuck: | Hey, does anybody have an idea where the Alaero might be? [unrelated]. |
| Everett: | Was there another SLI trip in the works? [unrelated]. |
| Roebuck: | Don't know, good question. I'm going to cruise to the yard right now. It's confirmed. It's at the yard. [unrelated]. |
| Everett?: | [@ 19:55] I'll be north of. |
| UM1: | [@ 21:33] [unintelligible]. |
| Beall: | Copy that, we'll give this til, I don't know, an hour - hour and half. And if nothing happens, we'll call it. |
| Landeros: | A black female went up to 217. The door opened and she's at the door right now. She's wearing a black top and blue jeans. |
| Roebuck: | Hey Tony, if this thing happens and there's a takedown, I want you to stay pretty cold. Don't get involved. |
| White: | Copy that. |
| Landeros: | She's still at the door. Talking to someone - it's uh, cracked open halfway. |
| Landeros: | [@ 24:05] Hey, a black male about 5'10", wearing a grey jacket, black jeans, white and black shoes, coming out of the room. Talking on his cell phone. And he's walking, it'd be north - looks like he's gonna go down the stairs. Now, he went into 220. |
| Beall: | The male did or the female? |

| | |
|---|---|
| Landeros: | The male came out of 217 and unlocked the door to 220 and they both went inside. And this guys doesn't look like real clean cut, he looks kinda dirty. But uh, he was wearing like a grey jacket. Like I said, black jeans, black and white shoes and black curly hair. |
| Beall: | Alright, that's probably the other one. Cuz our boy is pretty clean cut. When I saw him yesterday. |
| Landeros: | He looks like he's about in his early 20's. He's a youngster and he's leaving 220 going back to 217 now, with the female. |
| Landeros: | [@ 27:24] Ok the females away. She wearing like blue jeans. Either a dark blue or dark black sweater. And she went south through the apartment complex. |
| Beall: | She's southbound on the east side of the street. Rich,, can you pick her up? |
| Everett: | Not quite yet, but I will be able to. She southbound on the eastside or the westside? |
| Beall: | She's on the eastside. |
| Taack: | She stopped right there, talking to a guy in a burgundy sweatsuit, [unintelligible]... |
| Everett: | [@ 29:34]... Is that her head bobbin northbound? |
| Beall: | Yeah, she's northbound now, with another female in a purple track suit. Purple track suit with a big white stripe across the back. Now they're back sought again, no wait, back north. |
| Landeros: | [@ 30:44] Ok, they turned the corner, both of them. They're walking east on 6th from "G." |
| Landeros: | Alright, BMA came out of the room again, room 217. Calling our girl back to the fence along the northside. |
| Landeros: | If you want to do a drive through Scottie, you can catch a picture of him. He's standing on the extreme north, east corner of the rail. He came down, he's now on the street level side, just inside the fence. Alright, he handed something to the female in the brown suit and something to the female in the black. |
| Landeros: | [@ 33:05]... Jerry you want to drive through and see if this is your guy? |
| Beall: | What's that Chewy? |
| Landeros: | You want to drive through, he's standing on the extreme north side of the complex, just inside the railway. Talking to two females. Is that your guy? |

| | |
|---|---|
| Beall: | Does this one look clean cut or is he the one you said earlier? |
| Landeros: | That's the one I saw earlier but, you know, from a distance. He does look to be in about his early 20's. |
| Roebuck: | He skedaddled when that police car went by, didn't he? |
| Landeros: | Yes, he did. Back up through the stairs. |
| Roebuck: | Yeah, Beall. This guy is wearing like a white jacket. |
| Beall: | There's a good chance that's our boy, then. Cuz, I'm being told he's always wearing that. |
| Landeros: | Back in the room and the females are going back westbound. |
| Beall: | He went back to 217? |
| Landeros: | Uh, yes - 217. |
| UM1: | [@ 36:29] Silver and black [unintelligible] southbound on westside of the street. |
| Roebuck: | [unintelligible] made contact with the female in the maroon. |

## TRACK 2
**Duration: 05:29**

| | |
|---|---|
| White: | Jerry does Scottie know what's going? |
| Roebuck: | Yeah, yeah I thought of it. |
| Roebuck: | You find any kinks in that armor, Tony. I think that's a pretty good plan? |
| White: | Nope. Not at all. Ahmm. Actually I think anybody can do it with her. I'm going to walk. I'll be walking from F and, aah, G - George. |
| Roebuck: | It would be kinda neat Tony to have that 20 dollar bill or whatever your using for photocopied, for later. |
| White: | I already got it. |
| Roebuck: | Should've know. Hey, Jerry, let everyone know what's happening. |
| Everett: | He's just advised he's off the air. |

Page 4 of 11

Beall: [@ 2:55] Hey, guys, I'm back up for a minute [unintelligible] Tony's gonna be [unintelligible]...

Roebuck: Okay Jerry, fill everybody in on what's happening.

Beall: What's that?

Roebuck: You want to go on your chirp and tell everybody what's the plan.

Beall: Yeah, she still away from me now. I can do it over the radio We got a black female, in a purple running suit with a white stripe in the back. She's come up to me to hit me up and they're trying to do anything to earn $20 bucks. I got Tony coming over right now to act like she's coming off from the bus and we're going to see if we can send her across the street to pick us something up. So I'm going to be off the air, but I will be at my phone when she's close.

Roebuck: This is going to be a like a control buy. No one's being taken down. We're gonna write paper after, correct?

Beall: Yeah, affirm. Again, black female, purple track suit with a big white stripe on it. So you guys watch her when she makes contact and who's it with. Alright I'm off the air.

Roebuck: Okay just for giggles, does anybody have an eye on Beall?

Everett: Rich does.

Roebuck: Beautiful. Thank you.

White: Scotty, you're ready for me.

Roebuck: Absolutely.

White: Alright, I'll be off the air on the Nextel.

Landeros: A black female, brown jacket going up to 220. She's knocking on the door. No one answers, she's walking back towards, aah, the other one. Knock on 218 and she's leaving walking southbound on the east.

## TRACK 3
**Duration: 20:24**

Everett: The creaton in the jumpsuit is back at Beall's door.

| | |
|---|---|
| Roebuck: | Ok, I got Tony on foot. He is westbound on the south side of Sixth Street approaching "G." |
| Everett: | He's back away from Beall and the trio is all along the westside of "G." Yelling back at each other. |
| Roebuck: | Ryan, are you still in your same spot? |
| Taack: | Yeah. |
| Roebuck: | You should be picking up Tony here... pretty quick. |
| Taack: | Yeah, I got him right now. He's ah... |
| Roebuck: | Richie, Tony's at the corner. |
| Everett: | I'd be able to see him as soon as he crosses the street. Alright, I got Dub westbound. Approaching the southwest corner now. Getting waved at by the chic in the jumpsuit. She tried to walk up to [unintelligible] Beall's car right now. |
| Landeros: | [unintelligible] black Female with the brown jacket with white stripe went up to [unintelligible] knocked on it and walked away. She's just north |
| Everett: | Dub is shaking hands with our room jumpsuit, they're talking and walking eastbound. |
| Everett: | Doin' the shuffle eastbound. She's gonna cross the street. Tony's crossing with her back towards the eastside, toward the... |
| Taack: | They're at the southeast corner making and they just made a westbound turn. |
| Roebuck: | Alright, Scotty's got him. And they're approaching the corner of the hotel. Behemoth has got a pep in her step. Okay, they're stopping, flagging towards the rear, towards the room. |
| Landeros: | Ok, our boy is out of the room talking to a second female, brown jacket. He went inside. |
| Roebuck: | Okay, we're still trying to flag down the dope dealer. I think Behemoth is looking for some sort of object to throw. |
| Everett: | Might be a discus with those clothes. |
| Landeros: | I think he [unintelligible] the gate. He's probably [unintelligible] the other room. |

Page 6 of 11

Roebuck: Have you seen our boy, Chuy?

Landeros: Yeah, he came out. He told her to [unintelligible] approaching to go towards the door.

Roebuck: [unintelligible] that our boy's out and approaching stairs. On the phone.

Landeros: I told you.

Roebuck: Ok, that's 220, right, Chuy?

Landeros: Yes, sir.

Roebuck: Okay, our boy just went into 220. The doors open.

Beall: What room did that guy come out of?

Roebuck: Alright, our boy is at the threshold of 220. Having contact with Behemoth. Now he's walking away. Is that 218, Chuy? Ok, never mind, now he's walking away. I lost him Chuy, do you got him?

Landeros: Yeah, he's back at 217. He's going inside and Tony is walking away westbound. She's still to the east of the complex. Sounds to me like he got mad at her for bringing someone over to the room.

Taack: Tony's back at the southeast corner [unintelligible].

Landeros: He still got the other female with the brown jacket with the white stripe inside the room with him. Alright the female with the brown jacket and white stripe just left the room south - walking southwest.

Roebuck: Tony's out of my view, someone got 'em?

Taack: I got 'em.

Everett: Where he at, Ryan?

Taack: He's still [unintelligible] the girl. Oh, she's walking away from him eastbound now. The girl in the brown jacket is also there.

Beall: The girl in the brown jacket just said something to Tony and Tony immediately turned and is walking back towards the room.

Roebuck: Yeah, I got him.

Landeros: The guy opened the door halfway in the first room talking on the cell phone, looking at Behemoth - still talking to her.

| | |
|---|---|
| Beall: | Hey, keep an eye on Tony, this brown jacket female and the bold jacket are following him. |
| Roebuck: | Alright, I got Tony, I got all the players. Our player, our main character is heading back to the stairway now. |
| Landeros: | Okay, the girl in the brown jacket handed off to Tony [unintelligible]. |
| Roebuck: | Brown jacket just threw the money, didn't she? |
| Landeros: | Yes, she did throw the money at him. |
| Roebuck: | Jerry, I believe we just had a dope deal. |
| Beall: | Yeah, I'm gonna grab Tony. I'm gonna head for the offsite and write paper. Uhm, if you guys might want to come back and get suited up. Chuy, if you got point on those room, I need you to stay there. |
| Landeros: | I copy. He's back on the first room Jerry. |
| Beall: | Alright Scotty, we gonna need Rob's team bang both these doors. |
| Roebuck: | Alright, we'll head back, we'll meet with him. |
| Landeros: | Scotty, as you drive by, correct me if I'm wrong, the 4th door only has 22 on it. It's missing the zero. |
| Roebuck: | You're talking about the one - complete in there? |
| Landeros: | Yes, to the extreme north. |
| Roebuck: | I'll tell you right now. |
| Everett: | Tony is approaching Jerry. He's in the middle of street in there. Okay, the gold jacket, the brown jacket have broke off. Tony just handed the track suit something and Tony is walking to Beall's car. |
| Everett: | Looks like they might be giving tracksuit a ride? I don't know if she's trying to get in the back seat but they're not letting her. |
| Roebuck: | Yeah, it's just 22. |
| Landeros: | What number? |
| Roebuck: | Two numbers, 22. |
| Everett: | Okay, Tony & Jerry all are to the apron and they're now clear the lot. |

Roebuck: Alright, to the barn we go.

Beall: Chuy, you're holding the fort, right?

Landeros: Yes sir.

Roebuck: Do you need anything, like a filet-o-fish or anything like that?

Landeros: I already got a couple of snickers - stuff like that.

Roebuck: Alright, buddy - just looking out for you.

Everett: McD's has that mint oreo shake these days, Chuy.

Landeros: I'll pass. Behemoth, back at the front, trying to contact our boy again.

Roebuck: To the barn, Ryan.

Everett: You got the perfect spot, Chuy. You can't even tell that you're in there. I was [unintelligible] trying to see...

Landeros: Yeah, I've lost weight [unintelligible].

Roebuck: Chuy, you keep track of our main target. If he leaves, you stay there but I wanna know when he comes back. Because we're not hitting it if he ain't there.

Landeros: I copy. He's back out to the north - talking to the Behemoth. She's trying to give him some money - looks like... Ah, she threw more money at him.

Beall: Alright, If I didn't already tell you. I got Tony. He's dropped off at his car and we're both headed to the barn.

White: Alright, I'm back up, I'll be headed to the barn with Jerry.

Roebuck: Good job Dub.

White: She was seriously, ''tarded. I think I could've did that wearing a uniform.

Landeros: You know what's funny, Behemoth lost her rock - she can't find. She's looking for it on the northside on the ground

White: Was she, she went and bought her a dime?

Landeros: Yeah, he threw it at her and she can't find it. She's all looking for it.

Page 9 of 11

Everett: She gonna start lickin' that sidewalk if she don't find it soon.

Landeros: He's a busy boy. Back at 220 now.

White: Same guy with a white jacket, short Afro?

Landeros: Yup. I bet you the dope is in 220, money is in the other one.

Roebuck: I bet you're wrong. I bet the dope's in 220, the money is in his pocket, and he's staying in the other one.

Landeros: It almost sounds like I'm right.

Everett: Let's not confuse Chew and throw him for a loop. He's doing a good job this morning.

Landeros: It's funny, he left his door open [unintelligible] wide open. Wondering if someone else is inside there?

Landeros: U, he's pulling out of our primary room. He had is clothes in a bag going over to the other room - 220.

Roebuck: Moving to 220, Chuy?

Landeros: Yeah, he just picked about four bags out of the primary room - put them inside the other room.

Beall: [unintelligible]... what was that? What was that last traffic?

Roebuck: Chuy says, your primary is moving clothes and bags from 217 into 220.

Beall: Okay. Just keep an eye on Chuy - make sure he goes no further than that.

## TRACK 4
**Duration: 00:15**

Landeros: Got a second Black male, with a red top and beige pant and red hat [unintelligible] 220, talking to [unintelligible].

## TRACK 5
**Duration: 03:48**

Landeros: Copy. . . he just left

Roebuck: He just left?

Landeros: Yeah, he had a black [unintelligible] red or maroon sweater. Dockers and a red hat and they were talking in the room and he left right after the other gentleman did.

Roebuck: Alright.

Landeros: He might be on the extreme south side of the complex. I can't see that far. But the maid, looks like 217 is wide open and the maids up there, next door cleaning, the room next to it. So she might be going to clean his next.

Roebuck: Alright, but he ain't moving his stuff out so he's still gonna be there. You just keep an eye.

Landeros: Yeah, he's probably somewhere in the south side. [@ 3:36] Alright, he has returned with his partner.

Roebuck: Copy that.

## TRACK 6
**Duration: 0:13**

Landeros: [unintelligible] update, you're gonna have a third Black male in that room. About 6 foot tall, wearing a black and white checkered sweater and blue shorts.

END OF TAPE

<u>United States v. Calvin Charles Colbert</u>
CR No. 09-301-GW

**Channel 7 Recordings: March 11, 2009**
**CD No. 2**

- Officer Gerald Beall
- Officer "Chuy" Landeros
- Officer Roebuck
- Daani Svonkin:
- Officer Anthony White
- UM1 - Unknown Male
- UM2 - Unknown Male
- UM3 - Unknown Male

## TRACK 1
**Duration: 13:14**

| | |
|---|---|
| Roebuck: | Chuy, uh, no change? |
| Landeros: | Bad guy is in the room by himself - he is uh in a 220. |
| Roebuck: | Copy that. We will get a good description of the guy with the backpack. |
| | (LONG SILENCE) |
| Landeros: | [@ 2:25] Our boy is out of the room and he is walking down the stairwell, on the northern side. |
| Roebuck: | Chuy, come again? |
| Landeros: | Our boy just left the room walked - he's walking south along the east wall of the complex. He is somewhere along the southeast corner of the complex. |
| Roebuck: | Is he still wearing that white jacket? |
| Landeros: | Yeah. [@ 3:48] Alright, he is onto the street. He is going to be crossing "G" coming in from the northside of the 6th street [unintelligible]. I'll probably have to move [unintelligible] spot my ass. |
| Beall: | Copy that. |
| Landeros: | You know he put on a white striped shirt now. It's a white dress shirt with blue jeans - he met up with a guy in the red pickup truck. A Ford or Dodge F-150. |

Page 1 of 7

Roebuck: Ok, so he's still on foot?

Landeros: He is westbound on 6th Street - northside.

Roebuck: On foot? Is he walking?

Landeros: Waking on foot westbound on 5th Street of the northside.

Roebuck: Ok, he's probably going to that AM/PM [unintelligible] whatever the heck is called now.

Landeros: I lost visual.

Landeros: Looks like the same guy in the red truck that gave him a ride. Cuz I lost him after he met up with the guy.

Landeros: He's back in his room now.

Beall: Chuy. Alright, confirm for me we that we have a guy in the room.

Landeros: Your boy is back in the room he just went in about a minute ago.

Beall: And that's in 220.

Landeros: It's gonna be 220. The northern most room - second floor.

Beall: Okay and confirm that room is uh - oh it's northern most. All the way to end of the building?

Landeros: Correct, the one closest to the stairwell on the northside.

Beall: Okay, but we're still missing the guy that walked off in the backpack.

Landeros: Yes, the description on him - uh, well dressed black male wearing a burgundy sweater, tan dockers, a burgundy backpack and a red and black hat.

Beall: Okay, we've seen that guy. He's been walking around downtown all this morning and I saw him yesterday. I think he might be one runners. He takes a few stones and goes walks around and slings them.

Landeros: Yeah, correct. He's got a another lookout. He's a black male wearing a red - I am sorry, a black and white jacket with blue jeans. 6 foot 2 black male, real dark. And I think he had [unintelligible] westside of the complex.

Beall: Okay, we are starting that way so keeps up apprised as we're coming. We'll let you know when we're going to get there.

Page 2 of 7

Landeros: Alright, I think I got the plates for your truck that he did a deal with.

Beall: Okay.

Landeros: Just for info, that truck he did a deal with. It's a '07 registered to a Freddy Blue.

Beall: Copy. Did you watch the deal, Chuy?

Landeros: Uh, yes I did.

Beall: Did it look to you like he delivered or he picked up. Our boy?

Landeros: Hard to say, man. All he did is to stick his left, left hand in. So, kind of hard to see whether he actually delivered or picked up.

Beall: Okay.

White: Jerry, you thinking the same name I am thinking?

Beall: Yeah, but I don't think that was his name and that truck came back to him. What color was that truck, Chuy?

Landeros: Uh, maroon, dark dark maroon.

Beall: No, that's not it.

    END OF TAPE

## TRACK 2
**Duration: 9:24**

Roebuck: Chuy on 7?

Landeros: Go ahead.

Roebuck: Hey do me a favor. Circulate downtown see if you can find both our non-known CI's. I saw one with the brown jacket going south bound on G. I need the maroon sweat suit now too. We've got to get them both ID'd.

Landeros: Alright. Tony is trying to help me locate the other guy too. (*LONG SILENCE*)

White: [@ 1:19] Hey, Scott, do you want them scooped up if we find him?

Roebuck: Nah, I just want her ID'd. I don't think - we can, we'll let the DA file on them.

White: And we're talking about Behemoth's, one and two.

Roebuck: Yeah, brown jacket and maroon braces, both of them. (*LONG SILENCE*)

White: [@ 2:05] Chuy, I'm checking down around 5th.

Roebuck: Well, your homeboy with the Bulls jacket is on the corner of 6th and H - Henry.

White: Was he in the affidavit, Scotty?

Roebuck: Nah, I don't think so, but uh, I think she was walking with him.

White: Okay, I'll check there.

Roebuck: Keep you, keep you, yourself on the down-low, TI. I don't want you on front row.

White: Okay. (*LONG SILENCE*). [@ 4:51] Hey, Bulls Jacket is 6th and H - Henry right now. Solo.

Beall: Alright.

White: Scotty, that gonna hang us up?

Roebuck: Nope. You know what, if you guys can just circle the area, see if you can kind maroon or brown jacket, and call us out and we'll go ID them. They're not really that important but it just be nice to have them.

White: Okay, Scotty, or Ricky stay put. I'll circulate.

Landeros: Okay, I'm at 9th and G now. So I'll work my way down.

White: It is free eating time somewhere, ain't it?

Roebuck: 10-9 Bro?

White: It's free eats somewhere. Right now, ain't it?

Roebuck: Oh, copy that.

White: Where do they go, Mary's Table?

Roebuck: Yeah, but they have to make it all the way to like Third and whatnot. Oh, they can go right here, Spruce Street.

White: Yeah, but it's no line out there. So, I don't think anybody's there.

Page 4 of 7

Landeros:   [@ 7:13] Alright I got one them at 6th and G. She's walking op the west side. It is the one with the striped brown jacket. Correction, she's got a brown jacket. She looks like she was involved earlier there.

Roebuck:   Chuy, we saw that one. That's not the one we are talking about. We're talking about the one that facilitated the deal.

White:   I'll go take a look.

Roebuck:   Tony, don't waste your time. It ain't her.

White:   Scotty, you guys close or are you still at the house?

Roebuck:   No, we're pulling back to the original search warrant location right now.

White:   [@ 9:01] Hey, Chuy, you said our primary had a striped shirt on now?

Beall:   Yeah.

White:   Was it a button up shirt?

Roebuck:   Yeah, but we got our hands on him right now.

White:   Oh, okay.

END OF TAPE.


## TRACK 3
**Duration: 36:36**

Landeros:   You guys up?

Roebuck:   Yeah, go ahead.

Landeros:   That truck you did business with. It's at the Roadway Inn parked in a stall.

Roebuck:   Run that one by me again.

Landeros:   That maroon truck you did business with. It's at the Roadway Inn.

Roebuck:   Alright. Now find me those two females.

Landeros:   Alright. It's facing south. It's a brand new 2007 Dodge.

Landeros: I'm guessing they'll probably set up here too.

White: Scotty it's feeding time at the zoo over there. So, um, I'm guessing that's where she's probably at.

White: They will pop out again. No worries. Hey did you get a hold of Hanna?

White: Yep. He wanted us to stop by and see him. Sounds pretty ready.

UM3: Yeah, I'm gonna call you.

*(LONG SILENCE)*

White: [@ 5:45] Be off the air for a couple - be on the Nextel.

UM3: What was that?

White: This is Tony. I'm going to be off the air for a second and be on the Nextel.

Roebuck: Copy.

*(LONG SILENCE)*

UM1: [@ 15:26] [unintelligible] conversation in background -- you wanna go [unintelligible].

*(LONG SILENCE)*

UM2: [@ 21:48] [unintelligible] he was arguing with his girlfriend [unintelligible] fight back.

[@ 24:01] [unintelligible - several people talking in the background]...

Roebuck: [@ 30:52] Okay guys, we're getting ready to clear.

Roebuck: [@ 34:53] Okay Tony and Chu, we are going to head back to the barn.

White: I copy.

Landeros: [unintelligible]...

White: [@ 36:10] Hey, mark this time: 13:18.

Roebuck: Alright, I give up.

White: I'll tell you when we get back to the barn.

| | |
|---|---|
| Daani Svonkin: | No sir, I want to know. |
| White: | Well, you probably already know Daani. |

END OF TAPE