UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 09-301-GW | | Date | July 6, 2010 |
|---|---|---|---|---|

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter None

| Javier Gonzalez | Wil Wilcox | Jerry Yang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Calvin Charles Colbert, Jr. | ✔ | ✔ | | Larry M. Bakman | ✔ | ✔ | |

**DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (filed 10/28/09);**

**Proceedings:**   **FRANKS HEARING**

Hearing is held. Court and counsel discuss a continuation of the above-entitled motions.

Parties have filed a "Stipulation for an *In Camera* Review of Confidential Documents" on July 6, 2010. Court to review. A Status Conference is set for **July 15, 2010 at 4:30 p.m.** The court clerk will be advised by July 14, 2010 if the materials have not been received.

Defendant Calvin Colbert's oral waiver re excludable time is placed on the record.

The Motion to Suppress and *Franks* hearing, are continued to **September 9, 2010 at 11:00 a.m.** The Jury Trial is set for **October 12, 2010 at 8:30 a.m.**

|  | : | 07 |
|---|---|---|
| Initials of Deputy Clerk | JG | |

cc: