UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 09-301-GW | | Date | July 23, 2010 |
|---|---|---|---|---|

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | None |

| Javier Gonzalez | Bridget Montero | Jerry Yang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Calvin Charles Colbert, Jr. | ✔ | ✔ | | Larry M. Bakman | ✔ | ✔ | |

**Proceedings:** STATUS CONFERENCE RE SUBPOENA

Hearing is held.  Counsel for the San Bernardino Police Department Diane C. Roth is also present.

Court and counsel discuss documents submitted pursuantly to subpoena.

The Court indicates on the record, documents that will be turned over to defense counsel for review.  Further, Ms. Roth will provide the Schneid report to the Court forthwith.

A Status Conference re the Schneid report is set for **August 5, 2010 at 8:00 a.m.**  Ms. Roth may appear telephonically provided that notice is given to the clerk within two business days of the hearing.

|  |  : | 25 |
|---|---|---|
| | Initials of Deputy Clerk | JG |

cc: