UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CR 09-301-GW | Date: November 8, 2010 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Javier Gonzalez | Wil Wilcox | Jerry Yang; Jennifer L. Williams |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Calvin Charles Colbert, Jr. | ✔ | ✔ | | Larry M. Bakman | ✔ | ✔ | |

*FRANKS* HEARING

**Proceedings:** **PRETRIAL CONFERENCE**

The Court hears further argument. For reasons stated on the record, the Court does not find any Franks violation.

The Court, defendant and his counsel confer, outside the presence of government counsel re matters of representation. In the presence of government counsel, the Court continues the Pretrial Conference to **November 10, 2010 at 9:30 a.m.** The Jury Trial is continued to **November 16, 2010 at 8:30 a.m.**

1 : 10

Initials of Deputy Clerk   JG

cc: