# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 09-301-GW | Title | UNITED STATES OF AMERICA V. CALVIN CHARLES COLBERT, JR. |
|---|---|---|---|
| Judge | GEORGE H. WU, U.S. District Judge | | |
| Dates of Trial or Hearing | 11/16/10; 11/17/10, 11/18/10; 11/19/10; 11/22/10; 11/23/10 | | |
| Court Reporters or Tape No. | Wil Wilcox/Pat Cuneo | | |
| Deputy Clerks | Javier Gonzalez | | |

FILED
CLERK, U.S. DISTRICT COURT
NOV 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY JG DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Jerry Yang | Larry M. Bakman |
| Jennifer L. Williams | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached lists | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY C. YANG/JENNIFER L. WILLIAMS
Assistant United States Attorneys
California Bar Number 241323/268782
3880 Lemon Street / 312 North Spring Street
Riverside, California 92501 / Los Angeles, California 90012
Telephone: (951) 276-6221 / (213) 894-5862
Facsimile: (951) 276-6202 / (213) 894-0142
E-mail: jerry.yang@usdoj.gov / jennifer.williams6@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CALVIN CHARLES COLBERT, JR.,<br>aka "Cal,"<br>Defendant. | CR No. 09-301-GW<br><br>GOVERNMENT'S WITNESS LIST<br><br>Trial Date and Time:<br>November 16, 2010; 9:00 a.m. |

The United States, through its counsel of record, the United States Attorney's Office for the Central District of California, respectfully submits this witness list. The government

///

respectfully requests leave to call additional witnesses as may become appropriate during the course of the trial.

Dated: November 5, 2010

Respectfully submitted,

ANDRÈ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/ss/

JENNIFER L. WILLIAMS
JERRY C. YANG
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

GOVERNMENT'S WITNESS LIST

United States v. Calvin Charles Colbert, Jr.

No. CR 09-301-GW

| NO. | WITNESS NAME | DATE TESTIFIED |
|---|---|---|
| 1 | San Bernardino Police Officer Anthony White | NOV 16 2010 NOV 17 2010 |
| 2 | San Bernardino Police Officer Ricardo Landeros | NOV 18 2010 |
| 3 | Alcohol Tobacco and Firearms Special Agent Angie Kaighin | NOV 18 2010 NOV 19 2010 |
| 4 | Los Angeles Sheriff's Department Fingerprint Examiner Fred Roberts | NOV 19 2010 |
| 5 | Drug Enforcement Administration Forensic Chemist Lon Andersen | NOV 18 2010 |
| 6 | San Bernardino Police Officer Sergeant Travis Walker | NOV 17 2010 |

Possible Defense Witness:

San Bernardino Police Officer Gerald Beall

CALVIN COLBERT NOV 19 2010

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY C. YANG/JENNIFER L. WILLIAMS
Assistant United States Attorneys
California Bar Number 241323/268782
3880 Lemon Street / 312 North Spring Street
Riverside, California 92501 / Los Angeles, California 90012
Telephone: (951) 276-6221 / (213) 894-5862
Facsimile: (951) 276-6202 / (213) 894-0142
E-mail: jerry.yang@usdoj.gov / jennifer.williams6@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN CHARLES COLBERT, JR., aka "Cal,"<br><br>Defendant. | CR No. 09-301-GW<br><br><u>GOVERNMENT'S EXHIBIT LIST</u><br><br>Trial Date and Time:<br>November 16, 2010; 9:00 a.m. |

The United States, through its counsel of record, the United States Attorney's Office for the Central District of California, respectfully submits this exhibit list. The government

///

respectfully requests leave to introduce additional exhibits as may become appropriate during the course of the trial.

Dated: November 5, 2010

Respectfully submitted,

ANDRÈ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/ss/

JENNIFER L. WILLIAMS
JERRY C. YANG
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

GOVERNMENT'S EXHIBIT LIST

United States v. Calvin Charles Colbert, Jr.

No. CR 09-301-GW

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Photograph of outside door of Room 220 | NOV 18 2010 | NOV 18 2010 |
| 2 | Photograph of Room 220 number on door | NOV 18 2010 | NOV 18 2010 |
| 3 | Photograph of inside of Room 220 taken from entrance (Angle 1) | NOV 18 2010 | NOV 18 2010 |
| 4 | Photograph of items on bed | NOV 18 2010 | NOV 18 2010 |
| 5 | Photograph of dresser drawer with gun inside | NOV 18 2010 | NOV 18 2010 |
| 6 | Photograph of contents on table | NOV 18 2010 | NOV 18 2010 |
| 7 | Photograph of table and nightstand area | NOV 18 2010 | NOV 18 2010 |
| 7-A | Photograph of table and nightstand area (enlarged) | | |
| 8 | Photograph of nightstand with money | NOV 18 2010 | NOV 18 2010 |
| 8-A | Photograph of nightstand with money (enlarged) | | |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 9 | California driver's license in name of Calvin Colbert | NOV 18 2010 | NOV 18 2010 |
| 10 | Photograph of inside of Room 220 taken from entrance with dresser drawer closed (Angle 2) | NOV 19 2010 | NOV 19 2010 |
| 11 | Photograph of inside of Room 220 taken from entrance with dresser drawer opened (Angle 3) | NOV 19 2010 | NOV 19 2010 |
| 12 | Photograph of inside of Room 220 taken from entrance with dresser drawer opened (Angle 4) | NOV 18 2010 | NOV 18 2010 |
| 13 | Photograph of cup with bullets inside | NOV 18 2010 | NOV 18 2010 |
| 14 | Photograph of cell phone text message | NOV 19 2010 NOV 19 2010 | NOV 19 2010 |
| 15 | Photograph of exterior of Economy Inn | NOV 18 2010 | NOV 18 2010 |
| 16 | Diagram of motel and surroundings | NOV 16 2010 | NOV 16 2010 |
| 17 | Razor | NOV 18 2010 | NOV 18 2010 |
| 18 | Scale | NOV 18 2010 | NOV 18 2010 |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 19 | Ruger .22 caliber semi-automatic handgun | NOV 18 2010 | NOV 18 2010 |
| 20 | .22 caliber ammunition | NOV 18 2010 | NOV 18 2010 |
| 21 | Samsung cellular telephone | NOV 18 2010 | NOV 18 2010 |
| 22 | Social Security Card | NOV 18 2010 | NOV 18 2010 |
| 23 | Drugs from undercover buy | NOV 18 2010 | NOV 18 2010 |
| 24 | Drugs recovered from Room 220 | NOV 18 2010 | NOV 18 2010 |
| 25 | Cash | NOV 18 2010 | NOV 18 2010 |
| 26 | Sandwich bags | NOV 18 2010 | NOV 18 2010 |
| 27 | Keycard from Room 220 | NOV 18 2010 | NOV 18 2010 |
| 28 | Video of undercover buy | NOV 16 2010 | NOV 16 2010 |
| 29 | Video of entry/exit | NOV 18 2010 | NOV 18 2010 ONLY PORTION PLAYED. |
| 30 | Economy Inn motel receipts | NOV 18 2010 | NOV 18 2010 |
| 31 | (blank) CH. 7 RECORDINGS | NOV 18 2010 | NOV 18 2010 |
| 32 | Photograph of pre-recorded bills | | |
| 33 | Photocopy of pre-recorded bills | NOV 16 2010 | NOV 16 2010 |
| 34 | Stillshot from undercover buy video of defendant on landing | | |
| 35 | Stillshot from undercover buy video of female in brown jacket (Angle 1) | NOV 16 2010 | NOV 16 2010 |

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 36 | Stillshot from undercover buy video of female in brown jacket (Angle 2) | NOV 16 2010 | NOV 16 2010 |
| 37 | Stillshot from undercover buy video of female in brown jacket (Angle 3) | NOV 16 2010 | NOV 16 2010 |
| 38 | Stillshot from undercover buy video of female in brown jacket (Angle 4) | NOV 16 2010 | NOV 16 2010 |
| 39 | Photograph of SBPD envelopes containing narcotics | NOV 18 2010 | NOV 18 2010 |
| 40 | Demonstrative (baggie and mints) | NOV 17 2010 | |
| 41 | PHOTOGRAPH OF DARYL MONTOYA | NOV 17 2010 | NOV 19 2010 |
| 42 | PHOTO OF OFT OF VIDEO TAKEN | NOV 18 2010 | NOV 18 2010 |

U.S. vs. Colbert
CR 09-301-GW
Defense Exhibits

| Tab No. | Exhibit Description | Admitted |
|---|---|---|
| | | |
| 1 | Affidivit of Gerald J. Beall | |
| | | |
| 2 | Search Warrant for 685 E. 6th Street, Room 217, Economy Inn Motel, March 11, 2009 | |
| | | |
| 3 | Return to Search Warrant of March 11, 2009 | |
| | | |
| 4 | San Bernardino Police Report | |
| | | |
| 5 | Transcripts of Channel 7 Recordings | |
| | | |
| 6 | Video Transcript Part 1 | |
| | | |
| 7 | Transcript of Officer White testimony | NOV 17 2010 |
| | | |
| 8 | Transcript of Ricardo Landeros testimony | |
| | | |
| 9 | Documents for Jamine Deshawn Marshell | NOV 17 2010 NOV 17 2010 |
| | Pg 1. | |
| 10 | Registration of Jamine Marshell | |
| | | |
| 11 | Government correspondence to Defense Counsel | |
| | | |
| 12 | Debit Visa and Red Cross certificates | |
| | | |
| 13 | Bank of America, Legal Order Processing | |
| | | |
| 14 | Affidavit of Angela Kaighin | NOV 19 2010 |
| | | |
| 15 | ATF Report of Investigation, March 12, 2009 | NOV 19 2010 |
| | | |

| | | | |
|---|---|---|---|
| 16 | ATF Report of Investigation, October 29, 2010; other ATF Reports | | |
| | | | |
| 17 | Qualifications of Fred W. Roberts, M.A. | | |
| | | | |
| 18 | ATF Report of Investigation re: Interstate Nexus Determination, March 12, 2009 | | |
| | | | |
| 19 | Government correspondence to defense counsel, 9/28/2010 | | |
| | | | |
| 20 | Photographs of evidence envelopes | | |
| | | | |
| 21 | DEA Report of Drug Property, March 16, 2009 | NOV 18 2010 | NOV 18 2010 |
| | | | |
| 22 | Laboratory Report, March 30, 2009 | NOV 18 2010 | NOV 18 2010 |
| | | | |
| 23 | Forensic Chemist Worksheet | NOV 18 2010 | |
| | | | |
| 24 | Economy Inn Photographs | NOV 17 2010 | NOV 17 2010 |
| | pg 1,2,3,5-11 | | |
| 25 | DMV document – Rose Mary Wilkerson | NOV 17 2010 | NOV 17 2010 |
| | PICTURE ONLY | | |
| 26 | Felony Complaint, People v. Rosemary Jackson | | |
| | | | |
| 27 | Felony Complaint, People v. Rosemary Jackson aka Rosemary Wilkerson | | |
| | | | |
| 28 | DMV document – Kim Rene Miles | NOV 17 2010 | NOV 17 2010 |
| | | | |
| 29 | Criminal records – Kim Rene Miles | | |
| | | | |
| 30 | Court's Summary – Officer Gerald Beall | | |
| | | | |
| 31 | Order Granting Defendant's Motion to Suppress | | |
| | | | |
| 32 | Name Search Marshell, Jamine Deshon | | |
| | | | |
| 33 | RECORDING | NOV 17 2010 | NOV 17 2010 |

ALSO GOVT'S EXH 31.