

```
ANDRÉ BIROTTE JR.
United States Attorney
ANTOINE F. RAPHAEL
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY C. YANG
Assistant United States Attorneys
California Bar Number 241323
     3880 Lemon Street
     Riverside, California 92501
     Telephone: (951) 276-6221
     Facsimile: (951) 276-6202
     E-mail: jerry.yang@usdoj.gov

Attorneys for UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 09-301-GW |
| Plaintiff, | ▓▓▓▓▓▓▓▓▓▓ EXHIBIT IN SUPPORT OF GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND SENTENCING POSITION FOR DEFENDANT CALVIN CHARLES COLBERT, JR. |
| v. | |
| CALVIN CHARLES COLBERT, JR., aka "Cal", | |
| Defendant. | Sentencing Date: May 9, 2011 Time: 8:30 a.m. |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jerry C. Yang, hereby gives notice that the CD-ROM exhibit in support of the Government's Response to Presentence Investigation Report and

///

Sentencing Position for Defendant Calvin Charles Colbert, Jr., was lodged with the Court today.

Dated: April 26, 2011

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ANTOINE F. RAPHAEL
Assistant U.S. Attorney
Chief, Riverside Branch Office


   /s/
_____
JERRY C. YANG
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**

Exhibit 29
Entry-Exit Video
685 W. 6th St. #220
09-08274 Copy

G-114 (02/09)   VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING

# Notices

2:09-cr-00301-GW USA v. Colbert

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Yang, Jerry on 4/26/2011 at 9:58 AM PDT and filed on 4/26/2011

**Case Name:** USA v. Colbert
**Case Number:** 2:09-cr-00301-GW
**Filer:** USA
**Document Number:** 157

**Docket Text:**
**NOTICE OF LODGING filed by Plaintiff USA as to Defendant Calvin Charles Colbert, JR (Yang, Jerry)**

**2:09-cr-00301-GW-1 Notice has been electronically mailed to:**

Jennifer Leigh Williams    Jennifer.Williams6@usdoj.gov, USACAC.Criminal@usdoj.gov

Jerry C Yang    jerry.yang@usdoj.gov, usacac.criminal@usdoj.gov

Larry M Bakman    lbakman@lbakmanlaw.com, rtsimon@socal.rr.com

**2:09-cr-00301-GW-1 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\Users\revans\cac.la.09cr00301.20110426.jy.notice..PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/26/2011] [FileNumber=11508735-0
] [0b2c3e453c46051f9b5ac2e8036ff3f75358096769d0891753c00d70e91173a9b4a
6836b28fbb1fbb49d47e048678d9a7206e0fdfd14291e46cf754ce6236178]]