CALVIN COLBERT
Reg. # 48291-112
L.A. Metropolitan Det. Ctr.
P.O. Box 1500
Los Angeles, CA 90053

DEFENDANT

NO FEE PAID

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CALVIN COLBERT ) <br> ) <br> Defendant ) <br> ) | CASE NO: CR-09-301-GW <br><br> **NOTICE** OF APPEAL |

**Notice** is hereby given that Calvin Colbert, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgement (conviction and sentence) entered in this action on the 9th day of April, 2012.

Date: April 15, 2012

Respectfully Submitted,

_[signature]_

CALVIN COLBERT
Defendant

Calvin Colbert Reg. # 48291-112
Metropolitan Detention Center Los Angeles, CA 900
P.O. Box 1500
Los Angeles, CA 90053

Clerk of the Court
Honorable George H. Wu.
U.S. District Court
312 North Spring Street
Los Angeles, CA 90012

APR 17 2012

LOS ANGELES CA 900
16 APR 2012 PM 9 L