O

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 8 2018

CENTRAL DISTRICT OF CALIFORNIA
PY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Case No. CR09-301 GW-1
                               )
               Plaintiff,      )   ORDER OF DETENTION AFTER HEARING
                               )   (Fed.R.Crim.P. 32.1(a)(6)
          v.                   )      18 U.S.C. § 3143(a)
                               )   · Allegations of Violations of
CALVIN CHARLES COLBERT, JR.,   )   Probation/Supervised Release
                               )            Conditions)
               Defendant.      )
_____)

On arrest warrant issued by the United States District Court for

the _Central District of Cal._ involving alleged violations of

conditions of probation/supervised release:

1.   The court finds that no condition or combination of

     conditions will reasonably assure:

     A.   (✓) the appearance of defendant as required; and/or

     B.   (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. ( X ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

See PSA report

B. ( / ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: See PSA report

IT IS ORDERED that defendant be detained.

DATED: September 28, 2018

_____
Frederick F. Mumm
United States Magistrate Judge

2